IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
MAR 13 2018
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 3:17-cr-24 |
| v. | ) |
| | ) **INDICTMENT** |
| RICKI CHARLES HESS, | ) T. 18 U.S.C. § 2252(a)(4)(B) |
| | ) T. 18 U.S.C. § 2252(b)(2) |
| Defendant. | ) T. 18 U.S.C. § 2253 |
| | ) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession of Child Pornography)**

On or about August 30, 2017, in the Southern District of Iowa, the defendant, RICKI CHARLES HESS, did knowingly possess one (1) and more items, including images stored on computers and other digital media and other matters, containing visual depictions that had been shipped and transported in interstate and foreign commerce, and which were produced using materials which had been so shipped and transported, by any means including by a computer, the producing of said visual depictions involving the use of minors, that is, persons under the age of eighteen (18) years, engaging in sexually explicit conduct as defined in Title 18, United States Code, §2256(2), including, but not limited to, the lascivious exhibition of the genitals and the pubic area of any person, said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. From his engagement in any or all of the violations alleged in Count 1 of this Indictment, the defendant, RICKI CHARLES HESS, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253 all interest in:

   a. Any visual depiction or other matter containing such visual depiction which was produced, transported, mailed, shipped, received, or possessed as alleged in Count 1 of this Indictment;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Count 1 of this Indictment; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses alleged in Count 1 of this Indictment.

3. The property referenced in paragraphs 2, subparagraphs a, b, and c above includes, but is not limited to, computer hardware such as monitors, central processing units, and keyboards, computer programs, software, computer storage devices such as disk drive units, disks, tapes, and hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software. The property referenced above specifically includes, but

is not limited to, computers, thumb drives and other equipment seized during the search of HESS's residence on or about August 30, 2017.

    4.    If, as a result of any act or omission of the defendant, RICKI CHARLES HESS, any of the property described above as being subject to forfeiture:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(a), to seek forfeiture of any other property of the defendant up to the value of any forfeitable property described above.

All pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

                                                              FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
     Ashley L. Corkery
     Assistant United States Attorney